THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE LOPEZ, et al. | CIVIL ACTION NO. 3:19-CV-00785 |
| Plaintiffs, | (JUDGE MARIANI) |
| v. | |
| MOUNTAIN VIEW CARE AND REHABILITATION CENTER, LLC, | |
| Defendant. | |

**ORDER**

**AND NOW, THIS 21st DAY OF JANUARY 2022**, upon consideration of Defendant's Motion of Summary Judgment (Doc. 39) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion of Summary Judgment (Doc. 39) is **DENIED**.

Robert D. Mariani
United States District Judge