# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE LOPEZ, NANCY ACOSTA YANAIRA MARMOL PENA, YOCASTA BELLO, and YSMIT MERCADO,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN VIEW CARE AND REHABILITATION CENTER, LLC,<br><br>Defendant. | : CIVIL ACTION NO. 3:19-CV-785<br>: (JUDGE MARIANI) |

FILED SCRANTON
JUN 1 6 2022
PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS __16th__ DAY OF JUNE 2022, upon consideration of Plaintiffs' Motion in Limine to Preclude Evidence (Doc. 50) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion (Doc. 50) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge