THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE LOPEZ, NANCY ACOSTA YANAIRA MARMOL PENA, YOCASTA BELLO, and YSMIT MERCADO, | : <br> : CIVIL ACTION NO. 3:19-CV-785 <br> : (JUDGE MARIANI) |
| Plaintiffs, | |
| v. | |
| MOUNTAIN VIEW CARE AND REHABILITATION CENTER, LLC, | |
| Defendant. | |

**FILED
SCRANTON
JUN 1 6 2022
PER _____
DEPUTY CLERK**

## ORDER

AND NOW, THIS __16th__ DAY OF JUNE 2022, upon consideration of Defendant Mountain View Care and Rehabilitation Center's Motion in Limine to Preclude Evidence of Alleged Utterances Made During a Collective Bargaining Agreement Negotiating Session in November of 2019 (Doc. 52) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 52) is **DENIED WITHOUT PREJUDICE.**

_____
Robert D. Mariani
United States District Judge